UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

Michael Mihalo

No. 22 CR 131

Hon. Sunil R. Harjani

**ORDER**

Initial appearance proceedings held. Defendant informed of his rights. Enter Order Appointing Daniel McLaughlin from the Federal Defender Program as counsel. Removal proceedings held. Defendant waives identity hearing; the Court finds that the defendant Michael Mihalo is the person named in the arrest warrant. Government and Defendant agree on conditions of release. Order defendant removed to the Western District of Missouri - Western Division. Defendant must appear before a U.S. Magistrate Judge at a date and time as directed. Defendant ordered released after processing by the USMS.

Date: 3/10/2022

United States Magistrate Judge

Time: 1 hour